Argued and submitted October 31, affirmed December 13, 2000

STATE OF OREGON,
*Respondent,*

*v.*

JOHN SAMUEL THIEMEYER III,
*Appellant.*

(9812-20207; CA A106396)

15 P3d 995

Meredith Allen, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Wollheim and Brewer, Judges.

PER CURIAM

Affirmed. *State v. Hutchinson,* 170 Or App 154, 11 P3d 269 (2000).